# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

138104

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ARIEL PEREZ, SR., Personal Representative
of the Estate of ARIEL E. PEREZ, JR.,
      Plaintiff-Appellant,

v

                                        SC: 138104
                                        COA: 278129
                                        Oakland CC: 2005-065925-NM

OAKLAND COUNTY and ROBERTA RICE,
      Defendants-Appellees,

and

DR. SARATH HEMACHANDRA,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the December 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

d0701